AO 468 S (Rev. 01/09) Waiver of a Preliminary Hearing (Translation 2/03/09)

NOTE: This form must be completed in English
*NOTA: Este formulario se debe completar en ingles*

UNITED STATES DISTRICT COURT
for the District of

| | |
|---|---|
| United States of America  ) | |
| *Estados Unidos de América*  ) | |
| v.  ) | Case No. /0 - 6 36 /1 -02 |
| ) | *Número de Causa:* |
| Jose Hernandez  ) | |
| *Defendant*  ) | FILED |
| *Acusado*  ) | DEC 0 6 2010 |

**WAIVER OF A PRELIMINARY HEARING**        U.S. DISTRICT COURT
*RENUNCIA A LA VISTA O AUDIENCIA PRELIMINAR*

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

*Entiendo que se me ha acusado de un delito mediante una denuncia radicada en este tribunal, o se me ha acusado de incumplir con los términos de la libertad a prueba o supervisada mediante una petición radicada ante este tribunal. Un juez adjunto me ha informado que tengo derecho a una vista/audiencia preliminar según la Regla 5 o la Regla 32.1 del Reglamento Federal de Procedimiento Penal.*

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

*Por la presente renuncio a mi derecho a una vista/audiencia preliminar, según la Regla 5 o al amparo de la Regla 32.1 del Reglamento Federal de Procedimiento Penal.*

---

This form does not replace the need for an interpreter, any colloquies mandated by law, or the responsibility of court and counsel to ensure that persons with limited English proficiency fully comprehend their rights and obligations.

*Este documento no sustituye el uso de un intérprete, ni los coloquios judiciales exigidos por la ley. Tampoco sustituye la responsabilidad del tribunal y los abogados de asegurarse de que las personas cuya comprensión del idioma inglés sea limitada entiendan por completo sus derechos y obligaciones.*

Date: __12-6-2010__
Fecha

_____
Defendant's signature
Firma del Acusado

_____
Signature of defendant's attorney
Firma del Abogado Defensor

__JOANNE R Hepworth  33922__
Printed name and bar number of defendant's attorney
Nombre y número de colegiado del abogado
defensor en letra de molde

__601 Penn. Ave. N.W. STE 500 WDC 20004__
Address of defendant's attorney
Dirección del abogado defensor

__JRhepworth @ Verizon. Net__
E-mail address of defendant's attorney
Correo electrónico del abogado defensor

__202-641-3235__
Telephone number of defendant's attorney
Teléfono del abogado defensor

__301-320-3948__
Fax number of defendant's attorney
Fax del abogado defensor

This document has not been officially approved by the Administrative Office or the Judicial Conference of the United States.
Este documento no ha sido aprobado oficialmente por la Oficina Administrativa ni la Conferencia Judicial de los Estados Unidos..