UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 10-636-M-02 (DAR) |
| v. | : | **FILED** |
| JOSE HERNANDEZ, | : | SEP 2 6 2016 |
| Defendant. | : | Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |

### ORDER

The United States of America, having filed a Consent Motion to Dismiss the above-captioned case against defendant Jose Hernandez, it is by the Court this 26th day of September, 2016,

ORDERED that the Government's Consent Motion to Dismiss this case is hereby GRANTED.

_____
DEBORAH A. ROBINSON
United States Magistrate Judge