UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**SEP 2 6 2016**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | Case No.:10-636-M-02 (DAR) |
| | * | |
| JOSE HERNANDEZ | * | |
| Defendant. | * | |

************************************

## ORDER

Upon consideration of Defendant Jose Hernandez' Consent Motion for Return of his Passport, the governments consent thereto and the entire record herein, it is this _____ day of _____ 2016, hereby

**ORDERED** that the defendant's motion should be and hereby is **GRANTED** and that pretrial services shall return his passport to him immediately.

**SO ORDERED.**

DEBORAH A. ROBINSON
United States Magistrate Judge